# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JONATHAN WESLEY JAMES**                                                                 **PLAINTIFF**

v.                              Case No. 4:20-cv-00099-LPR

**LUCAS EMBERTON, et. al.**                                                               **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendation (Doc. 8) from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of the proposed findings and recommendations, as well as a de novo review of the record, the Court adopts the Proposed Findings and Recommendation (Doc. 8) in its entirety.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE