**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JONATHAN WESLEY JAMES**                                                              **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-00099-LPR**

**LUCAS EMBERTON, et. al.**                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on June 26, 2020, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 26th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE